Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
300 South First Street, Suite 342
San Jose, California 95113
Telephone (408) 298-2000
Facsimile (408) 298-6046
Emails: tanya@ moorelawfirm.com;
service@moorelawfirm.com

Attorney for Plaintiff,
Albert Dytch

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT DYTCH, | No. 3:22-cv-01601-AGT |
| Plaintiff, | **REQUEST TO ENTER CLERK'S DEFAULT AGAINST DEFENDANTS FOREST HOMES, LLC; and LARA FOREST dba FOREST HOMES, LLC** |
| vs. | |
| WAWA THAI FOOD LLC; FOREST HOMES, LLC; LARA FOREST dba FOREST HOMES, LLC; | *Supporting Declaration of Tanya E. Moore filed concurrently herewith* |
| Defendants. | |

1 **TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

2  Plaintiff, Albert Dytch ("Plaintiff"), hereby requests that the Clerk of the above-entitled
3 Court enter default in this matter against Defendants Forest Homes, LLC; and Lara Forest dba
4 Forest Homes, LLC ("Defendants") on the ground that said Defendants have failed to appear or
5 otherwise respond to the Complaint within the time prescribed by the Federal Rules of Civil
6 Procedure.

7  Plaintiff served the complaint on Defendants, on July 14, 2022, as evidenced by the
8 proofs of service of summons on file with this Court (ECF Docs. 10 and 11).

9  The request is based upon the above stated facts and the Declaration of Tanya E.
10 Moore, filed herewith.

11

12 Dated: August 17, 2022                                    MOORE LAW FIRM, P.C.

13

14                                                          */s/ Tanya E. Moore*
                                                            Tanya E. Moore
15                                                          Attorney for Plaintiff,
                                                            Albert Dytch
16